# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2188
_____

KENDRICK RISCHARD JOHNSON,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

July 10, 2024

PER CURIAM.

DISMISSED. *See Banks v. State*, 916 So. 2d 35 (Fla. 1st DCA 2005).

ROBERTS, ROWE, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kendrick Rischard Johnson, pro se, Appellant.

No appearance for Appellee.